UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-80538-CIV-MIDDLEBROOKS/JOHNSON

SUSAN ANDREASEN,

    Plaintiff,

v.

SOUTHERN HEALTH ASSOCIATES,
INC. and DR. WILLIAM C. REYNOLDS,

    Defendants.



## AMENDED ORDER

THIS CAUSE comes before the Court after individual defendant Dr. William C. Reynolds brought it to the Court's attention that he did not receive the Court's Order regarding his Motion for Extension of Time to File Answer to Complaint (DE 12) in a timely manner. I have reviewed the Motion, Order, and the file in this case and am fully informed in the matter.

Dr. Reynolds filed his Motion on August 5, 2008, seeking an additional 60 days in which to file a responsive pleading. He requested the additional time because he needed to "obtain documents, find an attorney, [and/]or attempt to work out a resolution to this case." Dr. Reynolds' responsive pleading to Plaintiff's Complaint was due on August 6, 2008. The Court found that because it was the first time that Dr. Reynolds made a request for an extension of time and it was early in the case, some relief would be granted. However, in the interest of judicial expediency, the Court granted a 10-day extension rather than the requested 60-day extension, requiring Dr. Reynolds' responsive pleading to be filed by 5 p.m. on August 20, 2008.

The Order was docketed on August 25, 2008, after the filing deadline set by the Court for Dr.

1

Reynolds' responsive pleading. It would have been prudent for Dr. Reynolds to submit his Answer in a timely fashion, rather than boldly assuming that the Court would grant him an extension. The Court takes deadlines seriously, and routinely denies requests for extensions of time absent compelling circumstances. The Court is displeased with Dr. Reynolds' lack of action.

In the interests of fairness, as Dr. Reynolds was unaware of the deadline set by the Court until after it had passed, the Court will grant Dr. Reynolds' one final extension. The Court warns Dr. Reynolds that it will not look kindly upon any further delays, and encourages Dr. Reynolds to attend to this matter immediately. Accordingly, it is

ORDERED and ADJUDGED that the Order GRANTING IN PART and DENYING IN PART individual defendant Dr. Reynolds' Motion for an Extension of Time to File Answer to Complaint (DE 14) is AMENDED. Dr. Reynolds shall serve a responsive pleading to the Complaint by 5:00 p.m. on September 12, 2008.

DONE and ORDERED in Chambers, at West Palm Beach, Florida, this 28 day of August, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

copies provided to counsel of record.