UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-80538-CIV-MIDDLEBROOKS/JOHNSON

SUSAN ANDREASON,
    Plaintiff,
v.

SOUTHERN HEALTH ASSOCIATES,
INC. and DR. WILLIAM C. REYNOLDS,
    Defendants.
_____/

CLOSED CIVIL CASE

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon a hearing for damages in the above-captioned matter. A judgment by default previously was entered against Defendants (DE 29 and DE 30).

Accordingly, it is hereby

ORDERED AND ADJUDGED that Final Judgment is entered in favor of Plaintiff and against Defendants. The Court finds Defendants, Southern Health Associates, Inc., and Dr. William C. Reynolds, jointly and severally liable to Plaintiff for violating the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Plaintiff is entitled to damages in the amount of $4013.10, and shall recover $5509.00 in attorneys' fees and $482.00 in costs pursuant to 29 U.S.C. § 216(b). The Clerk of the Court shall CLOSE this case.

DONE AND ORDERED in Chambers at West Palm Beach, FL, this 24th day of November 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:     counsel of record;
              *pro se* Defendant;
              Corporate Defendant.

1